

# NUMBER 13-22-00131-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN THE INTEREST OF J.J.M., ET AL., CHILDREN

### On appeal from the County Court at Law No. 5
### of Nueces County, Texas.

# ORDER

### Before Chief Justice Contreras and Justices Longoria and Tijerina
### Order Per Curiam

This is an appeal of a final order terminating parental rights. Appellant has filed a first motion of extension of time to file a brief. Appellant's brief is due on June 6, 2022. Appellant has requested a twenty-day extension to file a brief.

Appeals in parental termination and child protection cases are governed by the rules of appellate procedure for accelerated appeals but include additional expedited deadlines and procedures. *See* TEX. R. APP. P. 28.4; TEX. R. JUD. ADMIN. 6.2(a). The

intermediate appellate courts are directed to ensure "as far as reasonably possible" that these appeals are brought to final disposition within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2(a). Given the nature of these cases and the shortened appellate deadlines, we limit the request to one ten-day extension of time absent truly extraordinary circumstances. *See* TEX. R. APP. P. 38.6(d).

This Court, having fully examined and considered appellant's motion is of the opinion that, in the interest of justice, appellant's first motion for extension of time to file his brief should be granted in part with order. The Court, however, requires strict adherence to the briefing rules in appeals of parental termination cases, such as this appeal, and looks with disfavor upon the delay caused by such extension requests. *See* TEX. R. APP. P. 38.6; *see also id.* at R. 28.4.

The Court GRANTS in part appellant's first motion for extension of time. This motion is GRANTED insofar as the Court will extend appellant's deadline to file appellant's brief to June 16, 2022. The Court DENIES appellant's request for a twenty-day extension. Further motions for extension of time will not be favorably entertained by this Court, absent extraordinary circumstances.

PER CURIAM

Delivered and filed on the
3rd day of June, 2022.

2